

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-24-00072-CV

ROEL GUERRA, APPELLANT

V.

MARIA FABIOLA GUERRA, APPELLEE

On Appeal from the 229th District Court
Starr County, Texas
Trial Court No. DC-23-226, Honorable Baldemar Garza, Presiding

May 21, 2024

## MEMORANDUM OPINION

Before PARKER and DOSS and YARBROUGH, JJ.

Appellant, Roel Guerra, appeals from the trial court's *Order Granting Motion to Compel Trust Accounting* and *Order Awarding Attorney's Fees.*[1]  Now pending before this Court is Appellant's motion seeking voluntary dismissal of the appeal.  The Court finds that the motion complies with the requirements of Rule of Appellate Procedure 42.1(a)(1) and that granting the motion will not prevent any party from seeking relief to which it would

---

[1] Originally appealed to the Fourth Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts.  *See* TEX. GOV'T CODE ANN. § 73.001.

otherwise be entitled.  As no decision of the Court has been delivered to date, we grant the motion.  The appeal is dismissed.[2]  Because the motion does not reflect an agreement of the parties concerning the payment of costs, costs will be taxed against Appellant.  *See* TEX. R. APP. P. 42.1(d).  No motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam

---

[2] On March 25, 2024, Appellee, Maria Fabiola Guerra, filed "Appellee's Motion to Dismiss, or, in the Alternative, Motion to Affirm."  Appellant's response to the motion was due April 22, 2024.  Because Appellant has now moved to dismiss the appeal, Appellee's motion is rendered moot.